UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PAUL DOOKYUNG LEE,<br><br>　　　　Defendant. | Case No.  13-cv-05229-JSC<br><br>**ORDER TO PLAINTIFF FOR STATUS UPDATE** |

　　　Plaintiffs filed this Americans With Disabilities Act ("ADA") access lawsuit in November 2013.  Defendant was served with the summons and complaint that same month, but has not made an appearance.  No other activity has occurred on the docket.

　　　Plaintiff is directed to provide the Court with a written update on the status of the case and its resolution on or before September 29, 2014.

　　　**IT IS SO ORDERED.**

Dated: September 15, 2014

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge